IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON GRZYBOWSKI, | § | |
| | § | No. 256, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1104009042 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: August 12, 2025
Decided: August 22, 2025

## **ORDER**

On July 30, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Jason Grzybowski, to show cause why this appeal should not be dismissed for Grzybowski's failure to file the Official Form A and his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Grzybowski received the notice on August 1, 2025. A timely response to the notice to show cause was due on or before August 11, 2025. To date, Grzybowski has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, filed the Official Form A, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice